Wend

Willie Zeno TDCJ# 1713170
Allan B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

May 14, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk

Re: PD-1275-12 (01-11-00405-CR).

Hon. Acosta, Abel, Clark
   On 12/6/2012, I filed the above numbered Petition for Discretionary Review. I would like to be provided a copy of the petition and other papers filed with the petition.
   Therefore, would you please let me know of any fee applicable or necessary to facilitate my request

   Your assistance is much appreciated.
                                        respectfully,

                                        Willie Zeno